# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF FLORIDA

## EMPLOYMENT DISCRIMINATION COMPLAINT FOR PRO SE LITIGANTS IN ACTIONS FILED UNDER
### 42 U.S.C. § 2000e, *et seq.*, (Title VII of the Civil Rights Act)
### 29 U.S.C. § 621, *et seq.*, (Age Discrimination in Employment Act); or
### 42 U.S.C. § 12112, *et seq.*, (Americans with Disabilities Act)

Bertha Jones,

*(Write the full Name of each Plaintiff who is filing this complaint. If the names of all the Plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

v.

Walmart,

Walmart,

*(Write the fill name of each Defendant who is being sued. If the names of all the Defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

Case No.: 5:22CV 292-RH-MJF
*(To be filled in by the Clerk's Office)*

**Jury Trial Requested?**
☐ **YES**   ☐ **NO**

FILED USDC FLND PN
DEC 8 '22 PM3:57

# I. PARTIES TO THIS COMPLAINT

## A. Plaintiff

1. Plaintiff's Name: Bertha L. Jones

   Address: PO Box 414

   Lynn Haven fl 32444

   City, State, and Zip Code: Lynn Haven fl 32444

   Telephone: 334 406-7838 *(Home)* 334 406-7838 *(Cell)*

2. Plaintiff's Name: _____

   Address: _____

   _____

   City, State, and Zip Code: _____

   Telephone: _____ *(Home)* _____ *(Cell)*

   *(Provide this information for any additional Plaintiffs in this case by attaching an additional page, as needed.)*

## B. Defendant(s)

1. Defendant's Name: Walmart

   Name of Employer *(if relevant):* Walmart

   Address: 10270 front beach Road

   City, State, and Zip Code: Panama city beach Fl 32407

2. Defendant's Name: _____

Name of Employer *(if relevant)*: _____

Address: _____

_____

City, State, and Zip Code: _____

*(Attach a page to provide this information for any additional*

*Defendants.)*

## II. BASIS FOR JURSIDICTION

This case is brought for discrimination in employment pursuant to:

*(Check all that apply)*

☑ Title VII of the Civil Rights Act of 1964, as codified, 42 U.S.C. § 2000e -

§ 2000e-17 *(race, color, gender, religion, national origin)* ***(Note: To bring***

***a federal lawsuit under Title VII, you must first obtain a Notice of Right***

***to Sue letter from the Equal Employment Opportunity Commission.)***

☐ Age Discrimination in Employment Act of 1967, as codified, 29 U.S.C. §

621 to § 634. ***(Note: To bring a federal lawsuit under the Age***

***Discrimination in Employment Act, you must first file a charge with the***

***Equal Employment Opportunity Commission.)***

☑ Americans with Disabilities Act of 1990 [A.D.A.], as codified, 42 U.S.C.

§ 12112 to § 12117. ***(Note: To bring a federal lawsuit under the A.D.A.,***

*you must first obtain a Notice of Right to Sue letter from the Equal*

*Employment Opportunity Commission.)*

☐ Other Federal Law *(be specific):*_____

_____

☐ Relevant State Law *(specify, if known):*_____

_____

☐ Relevant City or County Law *(specify, if known):* _____

_____


## III. STATEMENT OF CLAIM

Write a short and plain statement of your claim. Do not make legal arguments or quote from cases. State the facts which show what happened, as well as where and when it happened. State how each Defendant was involved and explain what a Defendant did or did not do. Identify how each named Defendant caused you harm or violated federal law. Write each statement in numbered paragraphs, limited as far as practicable to a single event or incident. If more than one claim is asserted, number each claim, and ensure that a short and plain statement of facts supporting each claim is included in the facts alleged. Attach no more than two (2) additional pages to state your claim.

I was injured 3/19/22, I filed a workers compensation claim, I was warned

**Statement of Claim, Continued** *(Page __1__ of __1__ )*

not to do so they retaliated against me for doing so. They made it a hostile work environment they threatened me. I called the home office and reported what was done to me they provided me a claim number said it was going to be investigated The security manager told me nothing would be done they wouldn't believe me so I filed with the EEOC. They detained my husband trying to intimidate him to become out of order insinuating he could have stole something so it would give them grounds to fire me all I wanted was my medical treatment my job and to be treated fairly and now They have lied to

the workers comp Judge, so they don't have to pay me my not workers benefits saying I still have a job from State

**Statement of Claim, Continued** *(Page __1__ of __2__)*

They lied to the worker's compensation Judge and told him that i still have a position and they terminated me 5/19/22 They were asked in a petition filed by my work comp attorney it was filed august 2, 2022 OJCC case no: 22-010479JPM they told Judge Money ham they are accomidating me which is lieing to the court I was terminated 5/19/22.

A. The discriminatory conduct at issue includes (*check all that apply*):

☐ Failure to hire

☑ Termination of employment

☐ Failure to promote

☑ Failure to accommodate disability

☑ Unequal terms and conditions of employment

☑ Retaliation

☐ Other acts (*specify*): _____

*(ATTENTION: Only those grounds raised in the charge filed with the Equal Employment Opportunity Commission may be considered by the federal district court under the federal employment discrimination statutes.)*

B. The alleged discriminatory acts occurred on: 3/19-22 – 5/19/22

☐ Plaintiff sought employment with Defendant on 3/18/22 or

☐ Was employed by Defendant from 3/18/22 until 5/19/22

C. The location where Plaintiff was employed or sought employment was:

Address: 10270 Front beach Road

City, State, and Zip Code: Panama City Beach Fl 32407

## IV. EXHAUSTION OF FEDERAL ADMINISTRATIVE REMEDIES

A. Plaintiff filed charges against Defendant with the Equal Employment

Opportunity Commission or the Florida Commission on Human Rights

on: _April 14 2022_

B. Respondent(s) named on the charging document were: Walmart

_____

(*If possible, attach a copy of the charges filed.*)

C. The Equal Employment Opportunity Commission: *(check one)*

☐ Has not issued a Notice of Right to Sue letter.

☑ Issued a Notice of Right to Sue letter which I received on _9/9/22_

*(Note: You must attach a copy of the Notice of Right to Sue letter*

*received from the Equal Employment Opportunity Commission to this*

*complaint.)*

D. As claimed in the Equal Employment Opportunity Commission charging

document, Defendant discriminated against Plaintiff because of Plaintiff's:

☐ Gender/Sex *(please identify)* _____

☑ Race *(please identify)* _African American_

☐ Color *(please identify)* _____

☐ Religion *(please identify)* _____

☐ National origin *(please identify)* _____

☑ Disability/Perceived Disability *(please identify)* _____

☐ Age *(please provide your year of birth only if you asserting a claim for age discrimination)* _____

☑ Other *(please identify)* _____

E. Plaintiff:

☐ Filed charges concerning this discrimination with the Florida Commission on Human Relations on ; or

☐ Did not file.

F. If asserting a claim for age discrimination, please indicate the amount of time that has elapsed since filing your charge of age discrimination with the Equal Employment Opportunity Commission regarding the Defendant's alleged discriminatory conduct *(check one)*:

☐ 60 days ore more have elapsed.

☐ Less than 60 days have elapsed.

G. If this is a disability-related claim, did Defendant deny a request for a reasonable accommodation? ☑ Yes    ☐ No

Explain: They put me in lawn and garden on light duty, also the manager of loss prevention came back there were not creating no job for you don't told me he was taking my chair you can't just stand up id the you need to sun and swead your not stooking clown no more. we can make you meep

H. The facts as set forth above in Section III of this complaint:

☑ Are still being committed by Defendant against Plaintiff

☐ Are no longer being committed by Defendant against Plaintiff

I. Plaintiff:

☐ Still works for Defendant

☑ No longer works for Defendant

☐ Was not hired

## V. RELIEF

Briefly state what damages you are requesting and include the amounts of any actual damages claimed and the basis for these amounts. Include any punitive or exemplary damages requested and state the reasons you believe you are entitled to such damages:

mental anguish - I have a torn rotator cuff, labrum, bicep, spurs, but so did doctor said I may need a shoulder replacement because of damages, I have a torn nerve root takes two years to heal, depression, anxiety distress, I can never perform normal jobs, I am constantly in pain, I had to get an work comp attorney because they denied me medical

retaliation, discrimination, treatments, loss income, future income, disability. Three hundred thousand $ 300,000.00 - mental anguish

Plaintiff also requests that the Court grant the following relief to Plaintiff:

☐ Defendant be directed to employ Plaintiff

☐ Defendant be directed to re-employ Plaintiff

☐ Defendant be directed to promote Plaintiff

☐ Defendant be directed to *make the defendant whole for their actions*

☑ Plaintiff seeks costs and fees involved in litigating this case and such other relief as may be appropriate, including attorney's fees, if applicable.

## VI. CERTIFICATION

As required by Federal Rule of Civil Procedure 11, I certify by signing below that to the best of my knowledge, information, and belief, this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a non-frivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

I agree to timely notify the Clerk's Office if there is any change to my mailing address.  I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date: 12/8/22   Plaintiff's Signature: _Bertha Jones_

Printed Name of Plaintiff: _Bertha Jones_

Address: _PO BOX 414_

_lynn haven Fl 32444_

E-Mail Address: _Juicywife1975@gmail.com_

Telephone Number: _334  406 - 7838_